UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA FARSON,

      Plaintiff,

v.                                                    Civil Action 2:22-cv-1877
                                                     Judge Sarah D. Morrison
                                                     Magistrate Judge Chelsey M. Vascura

COOPERSURGICAL, INC., *et al.*,

      Defendants.

## ORDER

    This matter is before the Court on Plaintiff's Motion to Correct Jurisdiction, which the Court construes as a motion to transfer venue under 28 U.S.C. § 1406(a). (ECF No. 8.) Plaintiff commenced this action in this Court on April 4, 2022 (ECF No. 1); however, the Complaint and nearly all of Plaintiff's subsequent filings are captioned with "Northern District of Ohio, Western Division." (*Id.*, ECF Nos. 5–6.) On May 2, 2022, Plaintiff filed the subject motion, representing that she intended to commence the action in the Northern District of Ohio, where venue is proper. (ECF No. 8.) Although Plaintiff does not specify the grounds for the propriety of venue in the Northern District, it appears from the allegations in her complaint that the Defendants are corporate entities with citizenship of a variety of states other than Ohio, and that a substantial part of the events or omissions giving rise to her claim occurred in Fremont, Ohio. Venue is therefore proper in the Northern District of Ohio, Western Division at Toledo, and not proper in the Southern District of Ohio. *See* 28 U.S.C. § 1391(b)(1)–(2); N.D. Ohio LR 3.8(a). "The district court of a district in which is filed a case laying venue in the wrong division or district

shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Accordingly, Plaintiff's Motion (ECF No. 8) is **GRANTED** and this action is **TRANSFERRED** to the Northern District of Ohio, Western Division at Toledo.

Plaintiff is advised that, if her counsel seeks *pro hac vice* admission to practice in the Northern District of Ohio, Plaintiff's counsel must file a motion to that effect in the Northern District following the case's transfer.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE