IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JESSICA FARSON,** | CASE NO. 3:22 CV 716 |
| Plaintiff, | |
| v. | **JUDGE JAMES R. KNEPP II** |
| **COOPERSURGICAL, INC., et al.,** | |
| Defendants. | **JUDGMENT ENTRY** |

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

August 4, 2023